**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**C. Kathryn Preston
United States Bankruptcy Judge**

**Dated: September 16, 2016**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-51181 |
| | : | Chapter 7 |
| STEVEN D. BLUNT | : | |
| CANDACE A. BLUNT | : | Judge Preston |

| | | |
|---|---|---|
| State of Ohio, Department of Job and Family Services | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Adv. Pro. No. 16-ap-02101 |
| Steven D. Blunt, | : : | |
| Defendant. | : | |

**ENTRY GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
[DOCKET NO. 5]**

This matter is before the Court on Plaintiff's Motion for Default Judgment [Docket No. 5]. The Court finds that Plaintiff filed its complaint in this matter on June 6, 2016, that Defendant was served with summons on June 6, 2016, and that Defendant has failed to plead or otherwise defend. Therefore, judgment is hereby granted in favor of Plaintiff, Ohio

Department of Job and Family Services, against Defendant, Steven D. Blunt, in the amount of $15,874.41 plus continuing interest from April 1, 2016 as provided in Ohio Revised Code 4141.35(A)(3). In addition, the Court holds that the debt set forth in this judgment is not subject to discharge pursuant to 11 U.S.C. 523(a)(2)(A) and 523(a)(6).

    IT IS SO ORDERED.

cc:    Steven D. Blunt, 769 Grayfeather Drive, Blacklick, OH 43004

       Erin M. Dooley, 6305 Emerald Parkway, Dublin, OH 43016

### #